IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| EFREN RANGEL VARGAS, | |
|---|---|
| Plaintiff, | **8:20CV59** |
| vs. | |
| UNITED STATES, | **ORDER** |
| Defendant. | |

This matter comes before the Court on the parties' Stipulation for Dismissal with Prejudice (Filing No. 36). The Court being advised in the premises finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action be dismissed with prejudice, with each party to bear their own costs.

Dated this 11th day of May, 2021.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge
